**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Parsons, Kimberly Ann   JOINT DEBTOR: _____   CASE NO.: 14-31916-EPK
Last Four Digits of SS# 2603   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $_____ for months _____ to _____;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $_____
Balance Due  $_____ payable $_____/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Fannie Mae - Servicer BOA NA   Arrearage on Petition Date $ 110,760.85
Address: PO Box 650070   Arrears Payment $_____/month (Months _____ to _____)
                         Regular Payment $1238.34/month (Months _____ to _____)
Account No: 870454555

2. _____   Arrearage on Petition Date $_____
Address: _____   Arrears Payment $_____/month (Months _____ to _____)
                         Regular Payment $_____/month (Months _____ to _____)
Account No: _____

3. _____   Arrearage on Petition Date $_____
Address: _____   Arrears Payment $_____/month (Months _____ to _____)
                         Regular Payment $_____/month (Months _____ to _____)
Account No: _____

KHM

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |
|  | $ | % | $ | _____ To _____ |  |
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
                   Payable $_____/month (Months _____ to _____) Regular Payment $_____
2. _____   Total Due $_____
                   Payable $_____/month (Months _____ to _____) Regular Payment $_____

Unsecured Creditors: Pay $_____/month (Months _____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Strip junior liens that are Unsecured; Modification of Fannie Mae senior mortgage to reduce principal/Arrears

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____   _____
Debtor                     Joint Debtor
Date: 10-31-14             Date: _____

LF-31 (rev. 01/08/10)